Honorable William E. Duffin, US Magistrate Judge
USDC Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

      RE:    PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL
               TRUDEAUX v. PAPER TRANSPORT INC.
               Case No. 20-CV-169

Your Honor,

Please find enclosed plaintiff's motion for the appointment of counsel and to continue depositions until representation can be appointed. A copy of this was sent to defendant through attorney Nicolas Linz and attorney at Hager, Dewick & Zuengler SC, 200 South Washington Street, Suite 200, Green Bay WI 54301-4200.

Sincerely,

David Trudeaux
15 February 2021

C:    Nicholas J. Linz, Hager, Dewick & Zuenngler, SC
      200 South Washington Street, Suite 200
      Green Bay WI 54301

2007 HARDWATER LAKE RD, POLLOCK LA 71467