# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
www.wied.uscourts.gov

February 3, 2022

**David Trudeaux**
2007 Hardwater Lake Road
Pollock, LA 71467

  Re: **Trudeaux v Paper Transport Inc.**
    **USDC Case No.: 20CV169**

Dear Mr. Trudeaux:

Enclosed please find a copy of your Notice of Appeal to the U.S. Court of Appeals for the Seventh Circuit, which was filed on February 2, 2022. The District Court will ensure that the record is complete and made available electronically to the Court of Appeals within 14 days of filing the notice of appeal. Any confidential record or exhibit that is not available electronically will be prepared and held by the District Court until requested by the Court of Appeals. You must review the docket sheet within 21 days of filing the notice of appeal to ensure that the record is complete.

**Needs Filing Fee or IFP (Civil Pro Se)**

The fee for filing a notice of appeal is $505.00. If you are unable to pay the filing fee, you may file an Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis. Please submit this form within 21 days of the date of this letter.

**Needs Filing Fee or IFP (Civil Prisoner/2254-Habeas/2255-Habeas/2241-Habeas)**

The fee for filing a notice of appeal is $505.00. If you are unable to pay the filing fee, you may file an Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis. You must also submit a certified copy of your institutional trust account statement for the past six months. Please submit the form and trust account statement within 21 days of the date of this letter.

Motions to correct or modify, supplement, or strike a pleading from the record must first be filed with the District Court. The District Court's ruling on the motion will become part of the record and notice of the decision will be sent to the Court of Appeals.

If a Docketing Statement, as required by Circuit Rule 3(c), was not filed with the Notice of Appeal, it should be filed directly with the Clerk of Court for the U.S. Court of Appeals for the Seventh Circuit. If you have any questions, please feel free to call.

Very truly yours,

GINA M. COLLETTI
Clerk of Court

By: s/D. LaBrie
Deputy Clerk

Enclosure
cc: counsel of record