# United States District Court
## Eastern District of Wisconsin

### JUDGMENT IN A CIVIL ACTION

**DAVID TRUDEAUX,**

      **Plaintiff,**

  v.                                        Case No. 20-CV-169

**PAPER TRANSPORT, INC.,**

      **Defendant.**

☒   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that because the plaintiff did not appear for his jury trial, the defendant's oral motion to dismiss this case with prejudice (ECF No. [115]) is **GRANTED.**

**IT IS FURTHER ORDERED** this case is **DISMISSED WITH PREJUDICE.**

Date: March 15, 2024

                                      Gina M. Colletti, Clerk of Court
                                      EASTERN DISTRICT OF WISCONSIN
                                      (By) Deputy Clerk, s/Mary Murawski
                                      Approved this 15th day of March, 2024.

                                      */s/ William E. Duffin*
                                      WILLIAM E. DUFFIN
                                      United States Magistrate Judge